ACCEPTED
07-17-00096-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
8/14/2017 3:46 PM
Vivian Long, Clerk

**NO. 07-17-00096-CV**

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
8/14/2017 3:46:59 PM
VIVIAN LONG
CLERK

**IN THE
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS**

**LAZARO WALCK
Appellant,**

**V**

**CITY OF LUBBOCK
Appellee.**

On Appeal from the 72nd District Court of Lubbock County, Texas, *Lazaro Walck v. City of Lubbock*, Cause No. 2014-509,907

**UNOPPOSED MOTION TO EXTEND TIME
FOR FILING APPELLEE'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW, CITY OF LUBBOCK, Appellee, and moves this Honorable Court to grant a thirty (30) day extension of time to file Appellee's Brief, and would respectfully show as follows:

1.      The City of Lubbock's Brief is due to be filed with this Court on August 28, 2017.

2. City of Lubbock seeks a 30 day extension of time to file it's Brief, which would make the Brief due on September 28, 2017.

3. This requested extension is requested as counsel for the City of Lubbock is preparing briefs in other cases that are due on August 25, 2017 and September 8, 2017, in which there are unique issues of law that require extensive briefing and research. As such, counsel does not believe that he will have sufficient time before August 28, 2017, to properly prepare the brief on the issues that will be presented in this appeal.

4. Counsel for the City has conferred with counsel for Lazaro Walck and he does not oppose this extension.

5. This is the first extension of time that the City of Lubbock has sought for the filing of its Brief, and this request for extension is not sought for delay, but in order that justice might be done.

For these reasons, CITY OF LUBBOCK requests that this Court grant this motion, and render an order extending the time for filing its Brief to September 28, 2017.

Respectfully submitted,

JEFF HARTSELL
Assistant City Attorney
State Bar No. 09170275
P O Box 2000
Lubbock, Texas 79457

806-775-2222
Fax 806-775-3307
Email: jhartsell@mylubbock.us

*/s/ Jeff Hartsell*
JEFF HARTSELL


## CERTIFICATE OF CONFERENCE

THIS IS TO CERTIFY that the undersigned counsel for Appellee CITY OF LUBBOCK, has conferred with counsel for Appellant, Phil Johnson, regarding this motion and he does not oppose this motion.


*/s/ Jeff Hartsell*
JEFF HARTSELL


## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August, 2017, I electronically filed the foregoing document with the Seventh Court of Appeals using an e-filing service provider. The electronic filing system sent a "Notification of Service" to the following by electronic means.

Phil A. Johnson
Jenkins, Wagnon & Young, P.C.
P O Box 420
Lubbock, Texas 79408
pjohnson@jwylaw.com


*/S/ Jeff Hartsell*
JEFF HARTSELL